1

2

3

4

5

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   THERESA CASTILLO SMOLL,          )   NO. EDCV 08-00846 SS
                                       )
12                   Plaintiff,        )
                                       )   **JUDGMENT**
13             v.                      )
                                       )
14   MICHAEL J. ASTRUE,                )
     Commissioner of the Social        )
15   Security Administration,          )
                                       )
16                   Defendant.        )
     ──────────────────────────────   )

17

18

19        IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED

20   and that the above-captioned action is dismissed with prejudice.

21

22   DATED: June 19, 2009

23                                       _____/s/_____
                                         ___
24                                       SUZANNE H. SEGAL
                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28